IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VAUGH ELLIS,

        Petitioner,

v.

FLORIDA DEPT. OF
CORRECTIONS, STATE OF
FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3371

Opinion filed October 14, 2015.

Petition for All Writs -- Original Jurisdiction.

Vaugh Ellis, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.